IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RONALD SATISH EMRIT, <br><br> Plaintiff, <br><br> vs. <br><br> ELON MUSK, VIVEK RAMASWAMY, MIKE JOHNSON, DEPARTMENT OF GOVERNMENT EFFICIENCY, <br><br> Defendants. | CV-25-08-BLG-SPW <br><br><br> ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on March 20, 2025. (Doc. 6). The Magistrate recommended that this matter be dismissed, without leave to amend, because the action is frivolous. (Doc. 6 at 2–6).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir.

1

2000).  After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 6) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that this matter is dismissed, without leave to amend.  *See* 28 U.S.C. § 1915(e)(2).


DATED this __8th__ day of April, 2025.

SUSAN P. WATTERS
United States District Judge